Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE
CLERK

RE: Case No. 01-15-00070-CR
01-15-00069-CR
01-15-00071-CR
01-15-00072-CR

Please be advised that I have not been been appointed an attorney for the above appeals For this reason can I please be appointed an attorney and also be granted an extention on the above cases.

Charles Blakey
No. 01998923
Cotulla Unit
610 FM 624
Cotulla, TX 78014

193389235

Charles Blakey
No. 01438923
610 Fm 629
Cotulla, Tx 78014

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 MAR 2015 PM 3 L

FOREVER

Court of Appeals, First District
301 Fannin Street
Houston, Tx 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 3 1 2015

CHRISTOPHER A. PRINE
CLERK

7700220669